DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GABRIEL SOTO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3274

[January 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 14-3424CF10A.

Gabriel Soto, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***